# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

CHECKOUT MY
CARY STANLEY RICE RAY SR
("STANLEY RICE FACEBOOK PAGE"))

CLERK US DISTRICT COURT
HERN DIST. OF TX
FILED

2023 MAY 17 PM 4: 18

ORIGINAL

DEPUTY CLERK MS

CARY A. RAY SR
_____
Plaintiff

3 - 23 CV 1132 - C

v. FOX. Com TV CHAIRMAN CEXEC OFFICER
RUPERT MURDOCH, LACHLAN MURDOCH
Gov. OF TX GREG ABBOTT U.S. SENATORS
MITCHELL MCCONNELL, TED CRUZ,
JOHN CORNYN FORMER PRESIDENTS
DONALD TRUMP GEORGE BUSH JR
_____
Defendant

Civil Action No. _____

## COMPLAINT

OUR GREAT WEALTHY U.S. PENTAGON IRIS EYES
SCANNERS IDENTIFIES THIS IS MY REAL POOR HOMOSEX(M)
BROTHER DAVID R RAY 58 YEARS OLD 210 BETTY RAE WAY
DALLAS TX 5235 IN HIS "EARLY PLASTIC MARVIN WALTER
PENTAGON DISGUSE, PASTOR OF WATER MARK
COMMUNITY Church ON 3400 GARDENLANE SOUTH
DALLAS TX 75215, + HIS IS WHERE ME YOUR GREAT
CHRISTIAN APOSLE PROPHET STRAIGHT HETEROSEX CHA!
BROTHER CARY ANTHONY RAY SR WENT TO OUR PEARL
C. ANDERSON MIDDLE JUNIOR HIGH School WHEN
WE LIVED ON 2408 WELLS ST, + THE OLD TURNER
COURTS PROJECTS APARTMENTS HUD DALLAS HOUSING
AUTHORITY PROJECTS APARTMENTS NOW DEMOLISHED
FOX.com TV CHAIRMANS RUPERT MURDOCH
AND LACHLAN MURDOCH GAVE

\* Attach additional pages as needed.

Date _____ MAY 17, 2023 TIME 2:39pm _____

Signature _____ Cary Ray Sr _____

Print Name _____ CARY A. RAY SR _____

Address _____ 1607 N. CARROLL AVE APT 107 _____

City, State, Zip _____ DALLAS TX 75204 _____

Telephone _____ 214-430-2962 _____

MY POOR REPUBLICANS HOMOSEXUALS AND
LESBIANS FAMILY MEMBERS MAMA PEARL
RAY STERNS MY REAL BROTHERS DAVID RAY
BRUCE DUANE RAY 72 YEARS OLD, WILLIAM
RUDY RAY STERNS 55 YEARS OLD, MY REAL
SISTER JAN CAROL RAY TUCKER 511 NORTHGATE
DR WAXAHACHIE TX 75165, KAREN RAY
DEMMER 222 SWAN RIDGE DR
DUNCANVILLE TX 75137, ANNETTE RAY
210 BETTYRAE WAY DALLAS TX 75232
LISA RENEE RAY 6909 BRIERFIELD DR
DALLAS TX 75232 BRIBE MONEY TO
RENOVATE OUR PEARL C. ANDERSON JUNIOR
HIGH School) AND TURNED IT INTO
WATERMARK COMMUNITY Church IN
BONTON POOR SOUTH DALLAS TX OURCUS
PENTAGON IRIS EYES @ SCANNER
IDENTIFIES THIS IS MY POOR OPEN LESBIANS
2 SISTERS JUDY RAY TUCKER or HER WHITE
LESBIAN SUZANNE SANDERSON PLASTIC
U.S PENTAGON WATERMARK Church
DISGUISE South DALLAS PROJECTS MANAGER
FOX.com TELEVISION CHAIRMAN
OWNERS RUPERT MURDOCH AND LACHLAN
MURDOCH IS STILL BRIBING THEM TO MURDER
ME CARY RAYS IF I DONT AGREE TO BE THEIR
HUSBAND

12:56                   ...Il 5G 

< David Ray Q



# David Ray

👤➕ Cancel request

💬 Message   ···

🖤 Single

···  See David's About Info

## Friends
164 friends

    

ABBOTT SUCKS

🏠 Home   👥 Friends   ▶️ Watch   🏪 Marketplace   🔔 Notifications   ☰ Menu

12:55

 **Judy Tucker** updated her cover photo.

May 15, 2019 · 🌐

···



 3

     

12:56 



‹    **Karen Ray-Servant**    🔍



# Karen Ray-Servant

I'm a servant of the most high God! An Ordained/ Licensed Pastor serving God's people everywhere!

  

💼  Postal worker at **US Postal Service (retired)**

💼  Worked at **US Postal Service**

🎓  Studied Business/Secretarial Science at **Bishop College, Dallas, Texas**

🎓  Went to **David W. Carter High School**

     

Home    Friends    Watch    Marketplace    Notifications    Menu

◀ Phone

ABOUT    EVENTS    SERVE    TEAM

PARTNERS    CONTACT    REZONING

GIVE

# South Dallas Team




## MARVIN WALKER
South Dallas Campus Pastor

## SUZANN
South Dal

# Our Ministry Partners

Throughout the week, we collaborate with

7:29

◀ Phone

ABOUT    EVENTS    SERVE    TEAM

PARTNERS    CONTACT    REZONING

GIVE

# South Dallas Team

 

## SUZANNE SANDERSON
South Dallas Project Manager

## LALONI LE
South Dalla

# Our Ministry Partners
Throughout the week, we collaborate with

◂ Phone

ABOUT    EVENTS    SERVE    TEAM

PARTNERS    CONTACT    REZONING

GIVE

# South Dallas Team





ᵌON

anager

## LALONI LEFFALL

South Dallas Assistant

# Our Ministry Partners

Throughout the week, we collaborate with

🔒 watermark.org



Lachlan Murdoch is the Executive Chair and Chief Executive Officer of Fox Corporation, which is among the most recognized and influential media companies in the world. In this role, he oversees the Company's premier portfolio of news, sports and entertainment assets. Mr. Murdoch was instrumental in the spinoff of FOX by 21st Century Fox and the establishment of FOX as a standalone public company.

Mr. Murdoch has spent the past two decades building, operating and investing in many of the world's most prominent television and publishing businesses. He currently serves as Co-Chairman of News Corp and Executive Chairman of NOVA Entertainment, an Australian media company. Mr. Murdoch previously served as Non-Executive Chairman of Ten Network Holdings.

AA    🔒 foxcorporation.com    ↻



**FOX**

**RUPERT MURDOCH**
CHAIR

Rupert Murdoch is Chair of Fox Corporation and Executive Chairman of News Corp, two of the most recognized and influential media companies in the world. Mr. Murdoch was Executive Chairman of 21st Century Fox, one of the leading portfolios of cable, broadcast, film, pay TV and satellite assets, from 2015 to the closing of the merger of 21st Century Fox and The Walt Disney Company in March 2019.  Mr. Murdoch served as CEO of 21st Century Fox, from its inception as News Corporation in 1979 until 2015 and as its Chairman from 1991 to 2015.

In 1954, Mr. Murdoch took control of News Limited, an Australian-based public corporation whose only key asset at the time was a majority interest in the number-two daily newspaper in Adelaide, South Australia.  Since then, Mr. Murdoch oversaw the expansion and development of 21st Century Fox into an international media and entertainment company and, in June 2013, the launch of

AA    🔒 foxcorporation.com    ↻

        





# US Joint Chiefs Of Staff
# US Pentagon


message


call




mail


pay

mobile
1 (703) 545-6700

home
(703) 697-1001

work
js.pentagon.ocjcs.list.public-affairs-aw...

home
js.pentagon.ocjcs.list.public-affairs-aw...

email
js.pentagon.ocjcs.list.public-affairs-aw...

homepage
https://www.jcs.mil/Contact/

‹                         Edit



# President Joe Biden
# OurGreatWealthyPresident

WhiteHouse.gov

💬     📞     📹     ✉️     $
message    call            mail    pay

phone
+1 (202) 456-1111

mobile
+1 (302) 404-0880

home
contact@joebiden.com

work
info@joebiden.com

homepage
http://whitehouse.gov

home
1600

11:50    5G 85

Done



**20 People**
🕶️🤓 JudyCarolRayTucker...    ⌄

🕶️🤓 **JudyCarolRayTucke...**    ›

**Kariel Ray Demmer 18 Ye...**    ›

🚀👁️👁️**David Rodney Ra...**    ›

**President Joe Biden  Our...**    ›

🫶🖤8️⃣/2️⃣4️⃣6️⃣**CaryKo...**    ›

**CaryRicky Ray Demmer 1...**    ›

🧵**SonyaLRay 24 YearsOl...**    ›

**CaryJosephRayjrDemme...**    ›

🫶🖤🔸🍒🌸**BeyoncéKn...**    ›

🚀👁️👁️**BruceRay 72 Yea...**    ›

11:51    5G 85

## Details                    Done

 🫶🖤CaryStephenCurry... >

 Satan 🐍Greg Abbott  Ab... >

 🫶🖤CaryCeeDeeLambD... >

 Fox4 News DFW Anchor... >

 🚀👁️👁️Craig Watkins M... >

 🫶🖤CaryJayZRayjr MyR... >

 CNN US National TV News >

 US Joint Chiefs Of Staff... >

 Cary 👮 Lee Rayjrs Polk 2... >

 Dallas City Hall Black Ma... >

Send My Current Location

Share My Location

11:55     ▪ 5G 83

‹                        Edit



'Intensity has gone
': Inside the '

# CNN US National TV News

| message | call | video | mail | pay |
|---------|------|-------|------|-----|
| 💬 | 📞 | 📹 | ✉️ | $ |

**phone**
(404) 827-3326

**phone**
+1 (404) 827-3326

**home**
help@cnn.com

**email** RECENT
help@cnn.com

**homepage**
https://www.cnn.com/

**Notes**

 

CNN US National TV News ›

**Thank you for your feedback!**
Hello ,

We have received your email and appreciate your feedback.

If you need additional help such as accessing your account or reporting a technical issue, please fill out our Contact Us form.

In the meantime, you can visit our CNN Help Center at help.cnn.com to find immediate answers to your questions.

Thank you,

CNN Customer Support



**12:27**    **5G**



That mistake — deleting 20.68 terabytes of Dallas police data — is still difficult for Councilwoman Paula Blackmon to understand.

"The thirteenth and the nineteenth, there were quite a few internal memos or emails going back and forth, and yet this exercise still continues," she said. "If you've seen the police chief saying missing files or folders from network drives, and you see another saying potential mass data loss because of an error, and they continue. Why did they continue all summer?

It is a question still difficult for the city's independent investigator to answer.

"His testimony will be he did not believe these additional deletions were going to impact data," Cox said.

So far, the lost data has not been critical to any

🔒 fox4news.com



**Dallas police data loss: IT employee reckless, but no malicious intent, report finds**

The report released last week cost the city $500,000. The major conclusion is the city still has a lot of work to do to protect the city's data.

**DALLAS** - An attorney hired to review the massive loss of Dallas police data said a city IT employee acted recklessly. But her firm believes the employee did not have malicious intent when he erased millions of files.



**FLX CONNECTED TV ADVERTISING**
REACHES 89% OF ALL U.S. HOUSEHOLDS, ACROSS 210 DMA'S.
FLXify YOUR BUY
CONNECTWITHFLX.COM
CONNECT WITH
FLX
A Division of COOX TV Stations, LLC

The report released last week by former U.S. attorney Erin Nealy Cox cost the city $500,000. The major conclusion is the city still has a lot of work to do to protect the city's data.

Cox told a Dallas Council Ethics Committee that

fox4news.com



11:56    5G 85

<                          Edit

🚀 👁 👁 Craig Watkins
MyBroBruceRay Dallas County DA
🥽Plastic Pentagon Disguise 🤓

| message | mobile | video | mail | pay |
|---------|--------|-------|------|-----|

**mobile**
(844) 427-2449

**home** RECENT
craig.watkins@craigwatkinslaw.com

**homepage**
https://www.craigwatkinslaw.com/2531...

**home**
2531
Martin Luther King Jr Blvd
Dallas TX 75215
United States

**Notes**



‹                                                                Edit

A 💚 CaryCeeDeeLambDakPrescottRayjr
MyRealSon

        

message        call        FaceTime        mail        pay

**home**
contact@dallascowboys.net

**school**
newsletter@email.dallascowboys.net

**other**
staff@50Glevel.com

**email** ☆
support@represent.com

**work** ☆
stadiumclub@dallascowboys.net

**iCloud**
guestcomments@dallascowboys.net

**email**
THESTARDISTRICT@dallascowboys.net

**email**
JTRAHAN@dallascowboys.net

11:54    📶 5G 83

< Filters    **Messages**    ⋯    ✎

Hello ,…


**CNN US National T...**    Yesterday  >
Hello ,


**97094**    Yesterday  >
Cameo: Guess who's back on Cameo? See returning stars: https://…


👓😳**KarenRayDem...**    Yesterday  >
You
2023/5/4 2:30 PM…


**Kariel Ray Demmer...**    Yesterday  >
You
2023/5/4 2:30 PM…


**73184**    Yesterday  >
H&M: H&M Move creates stylish and functional sportswear in a more sust…


**Urban Accents You...**    Yesterday  >
Stonewall Kitchen: Cheers to summer! Check out our Tillen Far…  🔕


**30330**    Yesterday  >
Biden HQ: Want to get a call from Joe? Become a Founding Donor and…


**876642**    Yesterday  >
Today through Sunday, enjoy half price French Toast Sticks in the SON…


**Walmart Money Card**    Yesterday  >
Walmart MoneyCard: You've been



Edit



    BruceRay 72 Years Old
Feb13,1951MyRealBrother
 PlasticPentagonDisguise

| message | call | FaceTime | mail | pay |
|---------|------|----------|------|-----|

**mobile** RECENT
(214) 534-1052

**work**
(214) 381-6505

**home**
(214) 660-1451

**phone**
(214) 857-1112

FaceTime             

**home**
brucer2938@aol.com

Case 3:23-cv-01132-M-BH     Document 2     Filed 05/17/23     Page 25 of 34     PageID 25

**(No subject)**

+12144302962@tmomail.net <+12144302962@tmomail.net>

Wed 5/17/2023 12:52 PM

To: ods06165cpc <ods06165cpc@officedepot.com>

📎 1 attachments (2 KB)

text_0.txt;

[CAUTION: EXTERNAL SENDER]

Good Afternoon On Wednesday May 17,2023 Time 🕐 12:53 pm Our Great Wealthy US us ✂️ Pentagon Iris 👁 👁 👀 Eyes Scanners Identifies ⬜This Is My Real Poor Homosexual Brother ✂️ 👁 👁 ⬜David Rodney Ray 58 Years Old 210 Bettyrae Way Dallas Texas 75232 In His Clearly 🍴 Plastic ✂️ 👁 👁 ⬜ Marvin Walker Pentagon Disguise Pastor Of Watermark Community Church 🏠 On 3400 Garden Lane South Dallas Texas 75215 This Is Where Me Your Great Christian Apostle Prophet Straight Heterosexual Real Daddy Cary Anthony RaySr Went To Our Pearl C Anderson Middle 🏫 Junior High School When We Lived On 2408 Wells Street The Old Turners Courts Projects Apartments HUD Dallas Housing Authority Projects Apartments Now Demolished. 🏫 Fox.com Television Chairman Gave My Poor Republicans Homosexuals And Lesbians Family Members Bribe Money To Renovate Our Pearl C Anderson Junior High School In Bonton Poor South Dallas Texas And They Turned It Into Watermark Community Church 🏠 , Our US us 🍴 Pentagon Iris Eyes 👁 👁 Scanners Identifies ⬜⬜This Is My Poor Open Lesbians 2 Sisters ✂️ 👁 👁 ⬜Judy Judy Carol Ray Tucker In Her White Lesbian ✂️ 👁 👁 ⬜Suzanne Sanderson Clearly 🍴 Plastic us ✂️ Pentagon Watermark Church 🏠 Disguise ⬜ South Dallas Projects Manager Disguise And My Real Poor Sister ✂️ 👁 👁 ⬜Karen Lorel Ray Demmer In Her Black Lesbian ✂️ 👁 👁 ⬜ Laloni Leffall South Dallas Assistant Clearly 🍴 Plastic us ✂️ Pentagon Disguise ⬜ . Fox.com Television Chairmans Owners RUPERT MURDOCH CHAIR And LACHLAN K. MURDOCH EXECUTIVE CHAIR AND CHIEF EXECUTIVE OFFICER Is Still Bribing Them To Murder Me If I Don't Agree To Be His Husband And Take Maximum Strength Male Enhancement Pills.

**T · ·Mobile·**

This message was sent to you by a T-Mobile wireless phone.

**(No subject)**

+12144302962@tmomail.net <+12144302962@tmomail.net>
Fri 5/5/2023 11:47 AM
To: ods06165cpc <ods06165cpc@officedepot.com>

📎 1 attachments (5 KB)
text_0.txt;

[CAUTION: EXTERNAL SENDER]

🗳️ 👁️ 👁️ 1022 Golden Trophy Dr Dallas TX 75232 United States This Is My Real Poor Brother 🗳️ 👁️ 👁️ Bruce Duane Ray Address 1022 Golden Trophy Dr Dallas TX 75232 United States His HUD Dallas Housing Authority Section 8 Home Off Our Polk Street In Our Poor Black Community 🗳️ 👁️ 👁️ Bruce Ray My Real Poor Brother Live Here In His 🗳️ 👁️ 👁️ Ennis Vining Clearly 🎭 Plastic Pentagon Disguise ☐ Bruce Put His Sharp Knife 🗡️ To Me His Great Christian Apostle Prophet Straight Heterosexual Real Brother Cary Anthony RaySr Throat 🗡️ In His 🗳️ 👁️ 👁️ Ennis Charles Vining Clearly 🎭 Plastic us 🗳️ Pentagon Disguise ☐ And Wrongfully Imprison Me For 22 Years Innocent 😇 In Our Houston Texas Harris County Jail Texas State Court 263 Camera's Our us 🗳️ 👁️ 👁️ Pentagon 🗳️ 👁️ 👁️ Iris Eyes Scanners Identifies This Is Him In His 🗳️ 👁️ 👁️ Ennis Charles Vining Plastic 🎭 us 🗳️ Pentagon Disguise ☐ Filing Illegal Felony Charges In Texas State Court Number 263 Texas State Court Camera's On Me His Real Brother Cary Anthony RaySr Lying 🤥 I Attempted To Murder Him And My Real Poor GrandAunt Betty Ray Is Deceiving Everybody Lying 🤥 She Is His Real Poor Mother In Her Alice L Living Vining Clearly Plastic Pentagon Disguise ☐ Her Address Is 947 Ferncliff Trail Dallas TX 75232 United States. South Dallas Texas We Called Bonton Old Turners Courts Projects HUD Dallas Housing Authority Old Projects Apartments Now Demolished On This Kotton Mouth Bonton Big Push Promos YouTube Channel Videos This Is How They Looked Our Address Was 2408 Wells Street Bonton South Dallas Texas I Started HS Thompson Elementary School 🏫 On Bexar Street In Poor South Dallas Texas Dallas Independent School District Computers 🖥️ We Have Built A Brand New HS Thompson Elementary School Now On Bexar Street In Poor Bonton South Dallas Texas, And Where We Live Before This Is 2180 Robert B Cullum Blvd @ Metropolitan St Bonton Where Our New Dominos Pizza 🛵 Restaurant Is Now 2180 Robert B Cullum Blvd Bonton Poor South Dallas Texas 75210 , Our Dominos Pizza 🛵 Restaurant Chains Owner Bought Our Old Schack HUD Dallas Housing Authority Old Demolished Home From My Real Poor MamaPearl Helen Ray Sternes My Real Poor Brother Bruce Duane Ray And David Rodney Ray , Our 2180 Robert B Cullum Blvd Address Is Near Our Great Wealthy Youngsters Real Sons Cary CeeDee Lamb Dak Prescott Ezekiel Elliott Micah Parsons Trevon Diggs Demarcus Tank Lawrence Anthony Brown Michael Pollard Malik Hooker Rayjrs And Owner Jerry Jones Mighty Dallas Cowboys First Stadium 🏟️ Cotton Bowl 🏟️ Inside Of My Our Great Texas State Fair 🎡 🎢 🎠 📺 Grounds Second Ave And Robert B Cullum Blvd Bonton Poor South Dallas Texas . Good Morning Great Wealthy Dallas Black Mayor Eric Johnson And Dallas City Hall Democrats Council-members On

Thursday May 4, 2023 Corner Prime Documents us Filed Sheriff Marian Brown of Sheriff Department, Our us ✂🔍 Pentagon Iris 👀 👀 👁️👁️ Scanners Identifies ⬜This Is My Real Poor Homosexual Brother ✂🔍👁️👁️ Bruce Duane Ray In His ✂🔍 👁️👁️ 🚹 Marian Brown Dallas Black Female 🚹 Sheriff 👝 Clearly Plastic us ✂🔍 Pentagon Sheriff Disguise ⬜ , This Is The Evidence Great Wealthy Dallas Black Mayor Eric Johnson And You Our Great Wealthy Dallas City Hall Democrats Council Members This Explains Our Great Wealthy Jack Evans Dallas Police Headquarter Data Loss Criminal Records Data Loss ✂🔍 👁️👁️ 🚹 Bruce Ray My Real Poor Brother From Our Poor South Dallas Texas Poor Oak Cliff Poor Duncanville Dallas Texas Too My Real Poor Brother 👝 🔍 ⬜✂🔍 👁️👁️ David Rodney Ray Our us ✂🔍 Pentagon Iris Eyes 👀 Scanners Identifies ⬜This Is Him As Our Dallas Police Chief In His ✂🔍 🚹 👝 🔍⬜👁️ 👁️ Eddie Garcia Clearly Plastic Pentagon Dallas Police Chief Mexican 🚹 👝 🔍⬜Man 🚹 👝 🔍⬜Disguise , They Deleted All Of Our Poor Family Members Great Grandparents Olivia Clara Ray Grandparents Clara Ray And PH Ray My Grandmother Clara Ray Youngest Real Poor Sister My GrandAunt Betty Rae Ray Bettyrae Way Dallas Texas 75232 My Real Grandaunt Betty Ray Address Is 947 Ferncliff Trail Dallas TX 75232 United States MamaPearl Ray Sternes 210 Bettyrae Way Dallas Texas 75232 StepDaddy Jerrald William Sternes, AuntPaulette Ray Bell Happy 3972 Canyon Dr Dallas Texas Uncle George Bell Ray Aunt Zenora Ray Polk Uncle Lee Polk Ray Aunt Laura Nell Ray Simon Bluffman Dr Dallas Texas Uncle Oscar Simon Ray Aunt Mae Ola Ray Shumake Michigan Dr Dallas Texas Uncle Raymond Shumake Ray Their Children Grandchildren Great Grandchildren Criminal Records My Real Brother Bruce Duane Ray Bribe Money Home 2938 Coteau Way Dallas Texas 75227 2938 Coteau Way Dallas TX 75227 United States Is In His Dallas Black Female Sheriff Marian Brown And In His Real Name Bruce Duane Ray Too And My Real Poor Brother David Rodney Ray Live Next Door 🖥️ To Him In His Dallas Police Chief Eddie Garcia Pentagon Disguise ⬜ On Coteau Way Dallas Texas 75227

T · ·Mobile·

This message was sent to you by a T-Mobile wireless phone.

Case 3:23-cv-01132-M-BH     Document 2     Filed 05/17/23     Page 28 of 34     PageID 28

**(No subject)**

+12144302962@tmomail.net <+12144302962@tmomail.net>

Fri 5/5/2023 11:46 AM

To: ods06165cpc <ods06165cpc@officedepot.com>

📎 1 attachments (2 KB)

text_0.txt;

[CAUTION: EXTERNAL SENDER]

Good Morning On Friday Our Great Weekend May 5,2023 Current Time 🕐9:12am Our US us🔍Pentagon Iris Eyes 🔍👁👁Scanners Identifies ⬜This Is My Real Brother 🔍👁👁 Bruce Duane Ray In His Dallas County First Black District Attorney Attorney ⬜⬜⬜⬜ Craig Watkins Clearly 👝✋✊Plastic Pentagon Dallas District Attorney Disguise ⬜ , This Is Why He Have His Craig Watkins Attorney Office In Poor Bonton South Dallas Texas On Our 2531 Martin Luther King Jr Blvd Dallas Texas 75215 , My Real Brother ⬜⬜⬜⬜David Rodney Ray Is 58 Years Old He Was Deceiving My Great Youngsters Real 24 Years Old Sons Cary Joseph Rayjr Demmer Cary Ricky Rayjr Demmer Cary Lee Rayjr Polk Putting Our Pentagon Powerful Hallucination Chemicals On Their Crack Cocaine 🌑Marijuana Weed 🚬🌿🍃🍃 🍃Blunts And Their Cigarettes 🍃 To Say They Was Wearing His 58 Years Old Plastic 👝✋ ✊Pentagon Disguise ⬜ . This Is ⬜⬜⬜⬜David Rodney Ray My Real Brother In My Videos With His Hair Long 👱Braided In Females Ponytails 👩With Brown 👩Females Hair Color 👩On His Hair, And Our 🔍Pentagon Iris Eyes 👁👁Scanners Identifies ⬜That Was Him . Dallas First Black District Attorney ⬜⬜⬜⬜Craig Watkins Charged Me Your Great Christian Apostle Prophet Straight Heterosexual Real Daddy Cary Anthony RaySr $150.00 For A Free Consultation And This Is All He Said Too Me On This Email He Sent To Me My Email Address CaryAnthonyRaySr@gmail.com On July 12,2021 And This Is The Receipt 🧾 He Gave Me , Telling Me To Pay Him In Cash My $150.00 Because He Did Not Want It On My Walmart Money Card Account Transactions Green Dot Bank Transactions . Craig Watkins Receipt 🧾 I Keep In My Wallet, Craig Watkins Fingerprints 👆🖐🖐Is On His Receipt 🧾 He Gave Me . I Went To His Craig Watkins Address On 2531 Martin L King Jr Blvd In Poor Bonton South Dallas Texas

**T · ·Mobile·**

This message was sent to you by a T-Mobile wireless phone.

"Gotcha You Are Lying 🐸 You Are Not Related To Me Your Great Christian Apostle Prophet Straight Heterosexual Real Daddy Cary Anthony Lee Polk RsySr Behind My Back On Our Great Wealthy US National Television 📷 Gotcha   🗡👁👁Lee Rayjr Polk &

🗡👁👁Luvenia Ray Polk "👁👁  🗡usBlack Mayor Eric Johnson Of Our Great Wealthy Dallas Texas Do You See How All Of These Republicans Homosexuals Defendant's Current Governor Of Texas Greg Abbott Current US Senators Mitchell McConnell Ted Cruz John Cornyn Former Presidents Donald Trump George Bush Jr They Are Using My Same Apple 🕐 iPhone 📱 12 T-Mobile Phone 📱 Number 214-430-2962 They Just Deleted All Of My Fabolous Fantastic Hollywood Giphys Videos 18 Camera's layout Videos I Just Sent You This Morning Wednesday May 3,2023 And They Have Deleted About 15,000 Of My Videos And Pictures Evidence I Had Against Them And I'm On My Way To Our Jack Evans Dallas Police Headquarters On Botham Jean Blvd And they Think They Are Going To Threaten Me Their With Other Dallas Police Officers Who Deleted All Of My Poor Family Members Criminal Records With My Real Sons Addison Police 🏛 Officer 👁👁  🗡Lee Polk Rayjrs And Dallas Police Officer Daughters 🏛👁👁  🗡Luvenia Polk Ray And Our US Pentagon Iris Eyes 👀 Scanners Can Do DNA    Test And See Through Our Pentagon Plastic Disguises When Someone Have Them On And Our Pentagon Iris Eyes Scanners Identifies Someone Age Young Or Old Too . Our Great Wealthy US us🗡Pentagon Iris Eyes 👁👁Scanners Identifies 👁👁  🗡Lee Polk Rayjr And 👁👁  🗡Luvenia Polk Ray Is My Real Son And My Real Daughter This Is My Evidence That Lee Polk Rayjr And Luvenia Polk Ray Our US Pentagon Iris Eyes Scanners Doing A A DNA    Test

75 Case United States 132 Miss Dallas Black Female Sheriff Marian Brown Page 30 of is Real    PageID 30
Name Bruce Duane Ray Too And My Real Poor Brother David Rodney Ray Live Next Door
🖥 To Him In His Dallas Police Chief Eddie Garcia Pentagon Disguise ☐ On Coteau Way
Dallas Texas 75227

T · ·Mobile·

This message was sent to you by a T-Mobile wireless phone.

**(No subject)**

+12144302962@tmomail.net <+12144302962@tmomail.net>

Fri 5/5/2023 11:49 AM

To: ods06165cpc <ods06165cpc@officedepot.com>

📎 1 attachments (3 KB)

text_0.txt;

[CAUTION: EXTERNAL SENDER]

And Where We Live Before This Is 2180 Robert B Cullum Blvd @ Metropolitan St Bonton Where Our New Dominos Pizza 🐾 Restaurant Is Now 2180 Robert B Cullum Blvd Bonton Poor South Dallas Texas 75210 , Our Dominos Pizza 🐾 Restaurant Chains Owner Bought Our Old Schack HUD Dallas Housing Authority Old Demolished Home From My Real Poor MamaPearl Helen Ray Sternes My Real Poor Brother Bruce Duane Ray And David Rodney Ray , Our 2180 Robert B Cullum Blvd Address Is Near Our Great Wealthy Youngsters Real Sons Cary CeeDee Lamb Dak Prescott Ezekiel Elliott Micah Parsons Trevon Diggs Demarcus Tank Lawrence Anthony Brown Michael Pollard Malik Hooker Rayjrs And Owner Jerry Jones Mighty Dallas Cowboys First Stadium 🏠 Cotton Bowl 🏠Inside Of My Our Great Texas State Fair 🎡🎠📧💻Grounds Second Ave And Robert B Cullum Blvd Bonton Poor South Dallas Texas . Good Morning Great Wealthy Dallas Black Mayor Eric Johnson And Dallas City Hall Democrats Council-members On Thursday May 4,2023 Current Time 1:09pm . 🗡️ us👁️👁️🧕Sheriff Marian Brown – Sheriff Department, Our us🗡️Pentagon Iris 👀 👀 👁️ 👁️Scanners Identifies ▢This Is My Real Poor Homosexual Brother 🗡️🧕👁️👁️Bruce Duane Ray In His 🗡️👁️👁️🧕Marian Brown Dallas Black Female 🧕Sheriff 🕋Clearly Plastic us🗡️ Pentagon Sheriff Disguise ▢ , This Is The Evidence Great Wealthy Dallas Black Mayor Eric Johnson And You Our Great Wealthy Dallas City Hall Democrats Council Members This Explains Our Great Wealthy Jack Evans Dallas Police Headquarter Data Loss Criminal Records Data Loss 🗡️👁️👁️🧕Bruce Ray My Real Poor Brother From Our Poor South Dallas Texas Poor Oak Cliff Poor Duncanville Dallas Texas Too My Real Poor Brother 🐚🔑▢ 🗡️👁️👁️David Rodney Ray Our us🗡️Pentagon Iris Eyes 👀 Scanners Identifies ▢This Is Him As Our Dallas Police Chief In His 🗡️🧕🐚🔑▢👁️👁️Eddie Garcia Clearly Plastic Pentagon Dallas Police Chief Mexican 🧕🐚🔑▢Man 🧕🐚🔑▢Disguise , They Deleted All Of Our Poor Family Members Great Grandparents Olivia Clara Ray Grandparents Clara Ray And PH Ray My Grandmother Clara Ray Youngest Real Poor Sister My GrandAunt Betty Rae Ray Bettyrae Way Dallas Texas 75232 My Real Grandaunt Betty Ray Address Is 947 Ferncliff Trail Dallas TX 75232 United States MamaPearl Ray Sternes 210 Bettyrae Way Dallas Texas 75232 StepDaddy Jerrald William Sternes, AuntPaulette Ray Bell Happy 3972 Canyon Dr Dallas Texas Uncle George Bell Ray Aunt Zenora Ray Polk Uncle Lee Polk Ray Aunt Laura Nell Ray Simon Bluffman Dr Dallas Texas Uncle Oscar Simon Ray Aunt Mae Ola Ray Shumake Michigan Dr Dallas Texas Uncle Raymond Shumake Ray Their Children Grandchildren Great Grandchildren Criminal Records My Real Brother Bruce Duane Ray Bribe Money Home 2938 Coteau Way Dallas Texas 75227 2938 Coteau Way Dallas TX

Good Afternoon Wednesday May 3,2023 Current Time ⏰2:58pm Jack Evans Dallas Police Headquarters Data Loss Explained Great Wealthy Black Dallas Mayor Eric Johnson This Is Your Great Christian Apostle Prophet Straight Heterosexual Brother Cary Anthony RaySr I Want The Rewards Money 💰 💷💷💷💷💷💷💷💷 For The Crime Stopper My Dallas Police Department Crime Stopper Numbers Is Tip ID: 197-M50914 My Password M9P9G9 www.p3Tips.com Here At My Apt 107 Carroll Terrace Apartments 1607 N Carroll Ave Dallas Texas 75204 This Is My Apple 🍎 iPhone 📱 12 T-Mobile Phone Number 214-430-2962 I'm Sending You These My iMessages On My Email Addresses CaryRay8085@gmail.com & JimmyBrian68@yahoo.com . They Was Deceiving My Poor Youngsters Sons Lee Polk Cary Lee Polk Rayjr Addison Police 👮 Officer And Daughters Dallas Police 👮 Officer Luvenia Polk But They Are The Ones Who Deleted Our Jack Evans Dallas Police Data To Cover Up Our Poor Family Members My Real Aunt Zenora Ray Polk Uncle Lee Polk Sr Ray Robert B Cullum Blvd At Metropolitan St , My Real MamaPearl Helen Ray Sternes Addresses Robert B Cullum Blvd At Metropolitan St In Poor South Dallas Texas 2408 Wells Street Dallas Texas The Old HUD Dallas Housing Authority Turners Courts Projects Apartments Now Demolished Replaced With Our New Buckeye Commons Trails Townhomes Apartments 210 Bettyrae Way Dallas Texas 75232 Our HUD Dallas Housing Authority Section 8 Home My AuntPaulette Ray Bell Uncle George Bell Ray 3972 Happy Canyon Dr Dallas Texas HUD Dallas Housing Authority Section 8 Home , My Real Aunt Laura Nell Ray Simon Uncle Oscar Simon Sr Ray 5831 Bluffman Dr Dallas TX 75241 United States Dallas Texas Near Paul Quinn Black College My Aunt Mae Ola Ray Shumake Uncle Raymond Shumake Ray HUD Dallas Housing Authority Section 8 Home On 3531 Michigan Dr Dallas TX 75216 United States Across The Street From South Oak Cliff High School On Marsalis Avenue 🏛 Criminal Records Since They Was Born dallas police data loss - Google Search. dallas police data loss - Google Search. Good Afternoon On Wednesday May 3,2023 Time Current ⏰2:58pm Our Old Sears Department Store Building Is Called South Side Apartments Building On Botham Jean Blvd , Little World Convenience Store On Malcolm X Blvd Is Still Called Little World Store Where My Real Poor MamaPearl Helen Ray Sternes Worked As A Poor Cashier, My Real Poor MamaPearl Helen Ray Sternes Gave Me her Great Christian Apostle Prophet Straight Heterosexual Real Son Cary Anthony RaySr Little World Store Bags Of Cash 💷 She Stole Out Of The Cash Register While I Was Going To HS Thompson Elementary School On Bexar Street In Poor South Dallas Texas To Take Home For Her While We Was Living In The Old Turners Courts Projects HUD Dallas housing Authority Now Demolished 2408 Wells Street South Dallas Texas, My Poor MamaPearl Ray Sternes And My Real Poor AuntPaulette Ray Bell Told Me They Was Going To Whip Me With Their Extension Cord If I Did Not Do Everything They Told Me While I I Was A Little Boy Going To our HS Thompson Elementary School 🏛 On Bexar Street And My Real Poor MamaPearl Helen Ray Sternes Got Fired Caught Stealing Thousands Of Dollars And The Owner Of Little World Store Filed Criminal Felony Charges Against Her At Our Dallas Police Department Dallas District Attorney Office.

Our Dallas Police Department Data Loss Explained Why Did You Republicans Party Homosexuals Government Officials Current Governor Of Texas Greg Abbott Current Texas US Senators Ted Cruz John Cornyn Current US Senators Mitchell McConnell Former Presidents Donald Trump George Bush Jr Tell My Real Poor Sisters Judy Carol Ray And Karen Lorel Ray Demmer To Deceive My Real Dallas & Addison Police Officers 🏛 🏛 Real Cousins 🏛Lee Polk Ray And 🏛Luvenia Polk Ray Put Powerful Pentagon Hallucinations Chemicals On Their Liquor 🥃 And You Gave Them Judy And Karen There Addison And Dallas Police Department Plastic Pentagon Police Disguises And My Real Poor Sisters Judy Carol Ray Tucker And Karen Lorel Ray Demmer Went Into Our Jack Evans Dallas Police Department Headquarter Building On Botham Jean Blvd And Deleted All Of Our Poor Family Members MamaPearl Ray Sternes My Step Daddy Jerald William Sternes AuntPaulette Ray Bell Uncle George Bell Ray My Grandparents Clara Ray And PH Ray My Brothers Bruce Duane Ray Step Brother William Rudy Sternes Ray And Sisters Judy Carol Ray Karen Lorel Ray Demmer Annette Ray Lisa Renee Ray Sheila Joyce Ray And Their Childrens My Real Poor Aunts And Uncles Aunt Paulette Ray Bell Uncle George Bell Ray Aunt Mae Ola Ray Shumake Uncle Raymond Shumake Ray Aunt Zenora Ray Polk Uncle Lee Polk Sr Ray Aunt Laura Nell Ray Simon Uncle Oscar Simon Ray Their Childrens My Real Poor Cousins And Their Childrens Criminals Records Their Texas Prison System Felony Records Running From Our FBI Agents For Food Stamps Fraud Aggravated Assault Attempted Murder Burglaries Robbery Selling Drugs Getting Fired From Their Poor Mumium Wages Jobs For Stealing $1,000.00s Thousands Of Dollars Little World Store On Malcolm X Blvd Poor South Dallas Texas, K Marts Store 🎰 That Was On Ledbetter Drive At R.L. Thornton Freeway 📷, Sears Department Store On Lamar Street Before They Change The Name To Botham Jean Blvd That Was Across The Street From Our Jack Evans Dallas Police Department Headquarters Botham Jean Blvd That Old Sears Department Store Building Is Still There Juveniles Detention Jails From Poor South Dallas Texas And Poor Oak Cliff Dallas Texas North Dallas Texas Duncanville Texas DeSoto Texas Lancaster Texas Where We Lived On Our Dallas Police Department Computers 🖥 🖥🖥 💻 📟 📠 💿 💻 🖥.

3-23CV1132-G

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
GARY RAY SR

## DEFENDANTS
TX TV RUBERT MYR Dooth, L+H LANI MYR Booch,

**(b)** County of Residence of First Listed Plaintiff DALLAS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant TV X
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

ORIGINAL

Attorneys *(If Known)*

MAY 1 7 2023
MS
CLERK U S DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☑ 1 U.S. Government Plaintiff
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 2 U.S. Government Defendant
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☑ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane ☑ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability ☑ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☑ 320 Assault, Libel & Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine Injury Product | | New Drug Application | ☑ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle ☐ 371 Truth in Lending | Act | | ☑ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☑ 360 Other Personal Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☑ 362 Personal Injury - Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☑ 440 Other Civil Rights **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☑ 220 Foreclosure | ☐ 441 Voting ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☑ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 80 MILLION
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____