IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CARY A. RAY, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-1132-M-BH |
| | § | |
| FOX.COM, | § | |
| et al., | § | |
|     Defendants. | § | Referred to U.S. Magistrate Judge[1] |

**ORDER**

Before the Court are the complaint and an application to proceed *in forma pauperis* filed by Cary A. Ray in this case on May 17, 2023. (*See* docs. 2, 3.) The *pro se* plaintiff has filed numerous lawsuits in this Court that have been dismissed as frivolous. *See Ray v. Pentagon*, 3:13-CV-4675-P-BN (N.D. Tex. Dec. 4, 2013) (listing prior cases alleging various fanciful and delusional scenarios that were dismissed as frivolous). Based on his persistence in filing frivolous lawsuits after an earlier admonishment by the Court, a sanctions order was issued in Cause No. 3:13-CV-4675-P-BN that barred the plaintiff from filing *any* other civil action in this Court unless he either paid the entire filing fee or filed an appropriate motion for leave to file accompanied by a proposed complaint and an application to proceed *in forma pauperis*. *Id.* (N.D. Tex. Jan. 9, 2014). Notwithstanding the sanctions order, the plaintiff has continued to file cases in this district, including this one, without complying with it.

Courts observe and enforce their own sanctions orders. *Sabedra v. Meadows*, No. 3:05-CV-1304-L, 2006 WL 1499985, at *1 (N.D. Tex. May 5, 2006) (recommendation of Mag. J.), *accepted by* 2006 WL 1571669 (N.D. Tex. May 31, 2006). The plaintiff is still subject to, but has

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management.

not shown that he has complied with, the sanctions order in Cause No. 3:13-CV-4675-P-BN. Accordingly,

The Clerk's Office shall file a copy of the sanctions order in Cause No. 3:13-CV-4675-P-BN in this case and **ADMINISTRATIVELY CLOSE** it for failure to comply with its terms. The motion for leave to proceed with yet another frivolous lawsuit *in forma pauperis* is **DEEMED MOOT.**

Based on the prior sanctions order, the plaintiff may not re-file his complaint in this case without paying the entire filing fee or filing an appropriate motion for leave accompanied by a proposed complaint and application to proceed *in forma pauperis*. **<u>Any future motions filed in this case shall be docketed for administrative purposes only and terminated</u>**. No action will be taken on those filings while this action remains closed based on the sanctions order.

The Clerk's Office is **DIRECTED** to forward copies of this order and the prior sanctions order to the plaintiff.

**SIGNED this 19th day of May, 2023.**

_____
**IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE**